# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL BROWNE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>    Defendant. | **Case No.:** 2:18-cv-183 JAM (CKD)<br><br>**ORDER**<br><br>**HONORABLE JOHN A. MENDEZ** |

   Based upon the Parties' Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.


IT IS SO ORDERED.
DATED:  November 18, 2019

/s/ John A. Mendez_____

U. S. District Court Judge